# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODD A HELM | Chapter 13 |
| Debtor | Bankruptcy No. 16-16838-AMC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this 9th day of May, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BARRY A. SOLODKY
BLAKINGER,BYLER AND THOMAS,P.C
28 PENN SQUARE
LANCASTER, PA 17603


Debtor:
TODD A HELM

P.O. BOX 274

SILVER SPRING, PA 17575-