UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

TODD A. HELM                                    Chapter 13
         Debtor

                                                Bankruptcy No. 16-16838-AMC

## ORDER

AND NOW, on this __11th__ day of __July_____, 2017, based on the Debtor's Motion to Reinstate Debtor's Chapter 13 bankruptcy case and there being an opportunity for a hearing, the Debtor's Motion is hereby granted.

_____
Honorable Ashely Chan

1