United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-16838-amc
Todd A Helm                                                           Chapter 13
Todd A Helm
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 2              Date Rcvd: Jul 12, 2017
                              Form ID: pdf900             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2017.
```
db/db          #+Todd A Helm,    Todd A Helm,    759 Ferndale Road,    Mount Joy, PA 17552-9388
13798620         Capital One,    Attn: General Correspondence,    PO Box 30285,    Salt Lake City, UT 84130-0285
13812372         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13798621        +CitiBank,    Citibank Customer Service,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
13798623        +KML Law Group, PC,    BNY Mellon Independence Cntr, Suite 5000,    701 Market Street,
                  Philadelphia, PA 19106-1538
13798624        +Lakeview Loan Servicing, LLC,    4425 Ponce De Leon Blvd,    Mail Stop MS5/251,
                  Coral Gables, FL 33146-1837
13850598        +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
13798627        +Midland Funding, LLC,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13798628       ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                (address filed with court:   Nissan Infiniti LT,     8900 Freeport Pkwy,    Irving, TX 75063)
13832413         Nissan,    POB 660366,    Dallas, TX 75266-0366
13798633        +TD Bank,    PO Box 673,    Minneapolis, MN 55440-0673
13798632        +Target,    Bankruptcy Department,    PO Box 1327,    Minneapolis, MN 55440-1327
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Jul 13 2017 01:31:41     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 13 2017 01:31:12
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 13 2017 01:31:29     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2017 01:36:20     Synchrony Bank,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
13798622        +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2017 01:36:19     GE Capital Retail Bank,
                  Attn: Bankruptcy Dept.,    PO Box 103106,    Roswell, GA 30076-9106
13798625         E-mail/Text: camanagement@mtb.com Jul 13 2017 01:30:59     M&T Bank,    P.O. Box 1288,
                  Buffalo, NY 14240
13818373         E-mail/Text: camanagement@mtb.com Jul 13 2017 01:30:59     M&T Bank,    P.O. Box 840,
                  Buffalo, NY 14240-0840
13798626        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 13 2017 01:31:17     MidLand Funding,
                  8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
13798629         E-mail/Text: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 13 2017 01:36:21
                  Portfolio Recovery Associates, LLC,    PO Box 12914,    120 Corporate Blvd,    Norfolk, VA 23541
13799836         E-mail/PDF: rmscedi@recoverycorp.com Jul 13 2017 01:36:14
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13798630        +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2017 01:36:20     Synchrony Bank / IKEA,
                  PO Box 965005,    Orlando, FL 32896-5005
13798631        +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2017 01:36:20     Synchrony Bank / Walmart,
                  PO Box 965024,    Orlando, FL 32896-5024
13857096        +E-mail/Text: bncmail@w-legal.com Jul 13 2017 01:31:22     TD BANK USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 13
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Jul 12, 2017
                              Form ID: pdf900             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2017 at the address(es) listed below:
              BARRY A. SOLODKY    on behalf of Debtor Todd A Helm bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com;dsheaffer@n-hlaw.com;r57339@notify.
               bestcase.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing LLC
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing LLC
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

TODD A. HELM                                                        Chapter 13
        Debtor

Bankruptcy No. 16-16838-AMC

## ORDER

AND NOW, on this __11th__ day of __July__, 2017, based on the Debtor's Motion to Reinstate Debtor's Chapter 13 bankruptcy case and there being an opportunity for a hearing, the Debtor's Motion is hereby granted.

_____
Honorable Ashely Chan