**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Todd A. Helm | | CHAPTER 13 |
| | Debtor(s) | |
| Lakeview Loan Servicing LLC | | |
| | Movant | |
| vs. | | NO. 16-16838 AMC |
| Todd A. Helm | | |
| | Debtor(s) | |
| William C. Miller | | |
| | Trustee | 11 U.S.C. Section 362 |

**ORDER**

AND NOW, this 19th day of September, 2017, upon failure of Debtor(s) and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified with respect to the subject premises located at 759 Ferndale Road, Mount Joy, PA 17552 ("Property"), so as to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, the automatic stay, having been lifted, shall not prohibit any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) from taking any legal action for enforcement of its right to possession of the Property.

Ashely M. Chan, U.S. Bankruptcy Judge

Todd A. Helm
759 Ferndale Road
Mount Joy, PA 17552

Barry A. Solodky Esq.
212 North Queen Street
Lancaster, PA 17603

William C. Miller
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532