# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-16838-AMC

TODD A HELM

P.O. BOX 274

SILVER SPRING, PA 17575-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TODD A HELM

    P.O. BOX 274

    SILVER SPRING, PA 17575-

Counsel for debtor(s), by electronic notice only.

    BARRY A. SOLODKY
    BLAKINGER,BYLER AND THOMAS,P.C
    28 PENN SQUARE
    LANCASTER, PA 17603

Date: 10/24/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee