UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Todd A. Helm, | : | Case No. 16-16838-AMC |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the Debtors' Counsel's Application for Compensation and Reimbursement along with the Notice of Application and Response Deadline filed in the above bankruptcy proceeding upon the following parties:

Service by Electronic Mail or First Class Mail addressed as follows:

Todd A. Helm
Debtor
P. O. Box 274
Silver Spring, PA  17575

WILLIAM C. MILLER
Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
Office of the U.S. Trustee
USTPRegion03.PH.ECF@usdoj.gov

JOSHUA ISAAC GOLDMAN, BRIAN CRAIG NICHOLAS,
THOMAS I. PULEO, and MATTEO SAMUEL WEINER
o/b/o Creditor Lakeview Loan Servicing LLC
bkgroup@kmllawgroup.com, bnicholas@kmllawgroup.com , tpuleo@kmllawgroup.com

                                                      Respectfully submitted,
                                                      NIKOLAUS & HOHENADEL, LLP

                                                      /s/ Matthew S. Bleacher

Dated: November 16, 2017                By: _____
                                                      Barry A. Solodky, Esquire
                                                      Attorney I.D. #19259
                                                      Matthew S. Bleacher
                                                      Attorney I.D. #321958
                                                      212 North Queen Street
                                                      Lancaster, Pa  17603
                                                      Attorneys for Debtor