UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Todd A. Helm, | : | Case No. 16-16838-AMC |
| | : | |
| Debtor | : | |

**PROPOSED ORDER**

AND NOW, this ___ day of December, 2017, upon the request of Counsel for Debtor it is hereby ordered that the Court shall retain jurisdiction of the above case until a decision has been made concerning Debtor's Counsel's Application for Compensation and Reimbursement of Expenses.

BY THE COURT

_____
A.M.C.