**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Todd A. Helm | : | |
| | : | |
|                Debtor | : | Bankruptcy No. 16-16838-AMC |

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Barry A. Solodky, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on December 12, 2017, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on December 19, 2017, at 11:00 A.M. in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before __12/18/17 via facsimile__ or overnight mail.

**Date: December 18, 2017**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:    Barry A. Solodky, Esquire
        Nikolaus & Hohenadel, LLP
        212 North Queen Street
        Lancaster, PA 17603

        Todd A. Helm
        P.O. Box 274
        Silver Spring, PA 17575

        William C. Miller, Esquire
        Chapter 13 Standing Trustee
        P.O. Box 40119
        Philadelphia, PA 19106-0119