UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :    Chapter 13
                                          :
   Todd A. Helm,                          :    Case No. 16-16838-AMC
                        Debtor        :

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the Court's Order for Debtor's Counsel's Application for Compensation, filed in the above bankruptcy proceeding upon the following parties:

**Facsimile**:
M&T Bank – 716-635-9506
KML Law Group – 215-627-7734
Target – Bankruptcy Department – 763-440-5521
Nissan Infiniti LT – 972-607-8973
Midland Funding – Consumer Support Services – 877-414-0961
Capital One – 877-383-4802

**Overnight Mail**:
Portfolio Recovery Associates, LLC
Lakeview Loan Servicing, LLC
Synchrony Bank
CitiBank
GE Capital Retail Bank
TD Bank
Todd Helm

**ECF/Email**:
William Miller, Chapter 13 Trustee
United States Trustee

                                                    Respectfully submitted,
                                                    NIKOLAUS & HOHENADEL, LLP

Dated: __12/18__, 2017                    By: _____
                                                    Barry A. Solodky, Esquire (#19259)
                                                    Matthew S. Bleacher (#321958)
                                                    212 North Queen Street
                                                    Lancaster, PA 17603
                                                    Voice: (717) 299-3726
                                                    Fax: (717) 299-1811
                                                    Attorneys for Debtor