UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Todd A. Helm, | : | Case No. 16-16838-AMC |
| | : | |
| Debtor | : | |

### ORDER

AND NOW, this  19th  day of  December  , 2017, based upon the Application for Compensation and Reimbursement of Expenses by Debtors' counsel, and there being no answer or other responsive pleading being filed,

IT IS HERBY ORDERED that the Application for Compensation and Reimbursement of Expenses in the amount of $2,360.00 and $15.21 for expense reimbursement is granted.

BY THE COURT

_____
Ashely M. Chan
United States Bankruptcy Judge