United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                      Case No. 16-16838-amc
Todd A Helm                                                                                 Chapter 13
Todd A Helm
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 2              Date Rcvd: Dec 18, 2017
                              Form ID: pdf900             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2017.
db            #+Todd A Helm,    759 Ferndale Road,    Mount Joy, PA 17552-9388
db             +Todd A Helm,    MAILING ADDRESS:,   PO Box 274,    Silver Spring, PA 17575-0274
13798620        Capital One,    Attn: General Correspondence,    PO Box 30285,    Salt Lake City, UT 84130-0285
13812372        Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
13798621       +CitiBank,   Citibank Customer Service,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
13798623       +KML Law Group, PC,    BNY Mellon Independence Cntr, Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1538
13798624       +Lakeview Loan Servicing, LLC,    4425 Ponce De Leon Blvd,    Mail Stop MS5/251,
                 Coral Gables, FL 33146-1837
13798628      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,   PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissan Infiniti LT,    8900 Freeport Pkwy,    Irving, TX 75063)
13832413        Nissan,   POB 660366,    Dallas, TX 75266-0366
13798633       +TD Bank,   PO Box 673,    Minneapolis, MN 55440-0673
13798632       +Target,   Bankruptcy Department,    PO Box 1327,   Minneapolis, MN 55440-1327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 19 2017 01:24:47      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 19 2017 01:24:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 19 2017 01:24:38      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2017 01:26:11      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13798622       +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2017 01:26:21      GE Capital Retail Bank,
                 Attn: Bankruptcy Dept.,   PO Box 103106,   Roswell, GA 30076-9106
13798625        E-mail/Text: camanagement@mtb.com Dec 19 2017 01:24:19      M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240
13818373        E-mail/Text: camanagement@mtb.com Dec 19 2017 01:24:19      M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
13850598       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 19 2017 01:24:33      MIDLAND FUNDING LLC,
                 PO BOX 2011,   WARREN, MI 48090-2011
13798626       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 19 2017 01:24:33      MidLand Funding,
                 8875 Aero Drive,   Suite 200,    San Diego, CA 92123-2255
13798627       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 19 2017 01:24:33      Midland Funding, LLC,
                 2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13798629        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 19 2017 01:32:46
                 Portfolio Recovery Associates, LLC,    PO Box 12914,   120 Corporate Blvd,   Norfolk, VA 23541
13799836        E-mail/PDF: rmscedi@recoverycorp.com Dec 19 2017 01:26:11
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13798630       +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2017 01:26:31      Synchrony Bank / IKEA,
                 PO Box 965005,   Orlando, FL 32896-5005
13798631       +E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2017 01:26:21      Synchrony Bank / Walmart,
                 PO Box 965024,   Orlando, FL 32896-5024
13857096       +E-mail/Text: bncmail@w-legal.com Dec 19 2017 01:24:34      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Dec 18, 2017
                              Form ID: pdf900             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2017 at the address(es) listed below:
              BARRY A. SOLODKY    on behalf of Debtor Todd A Helm bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing LLC
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing LLC
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                      :    Chapter 13
    Todd A. Helm                                                  :
                                                                            :
                                        Debtor                              :    Bankruptcy No. 16-16838-AMC

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Barry A. Solodky, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on December 12, 2017, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on December 19, 2017, at 11:00 A.M. in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before __12/18/17 via facsimile__ or overnight mail.

**Date: December 18, 2017**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:    Barry A. Solodky, Esquire
      Nikolaus & Hohenadel, LLP
      212 North Queen Street
      Lancaster, PA 17603

      Todd A. Helm
      P.O. Box 274
      Silver Spring, PA 17575

      William C. Miller, Esquire
      Chapter 13 Standing Trustee
      P.O. Box 40119
      Philadelphia, PA 19106-0119