United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-16838-amc
Todd A Helm                                                     Chapter 13
Todd A Helm
      Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Virginia              Page 1 of 1              Date Rcvd: Dec 19, 2017
                               Form ID: pdf900             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2017.
```
db            #+Todd A Helm,    759 Ferndale Road,    Mount Joy, PA 17552-9388
db             +Todd A Helm,    MAILING ADDRESS:,    PO Box 274,    Silver Spring, PA 17575-0274
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2017 at the address(es) listed below:
```
              BARRY A. SOLODKY    on behalf of Debtor Todd A Helm bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing LLC
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing LLC
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Todd A. Helm, | : | Case No. 16-16838-AMC |
| | : | |
| Debtor | : | |

## ORDER

AND NOW, this __19th__ day of __December__, 2017, based upon the Application for Compensation and Reimbursement of Expenses by Debtors' counsel, and there being no answer or other responsive pleading being filed,

IT IS HERBY ORDERED that the Application for Compensation and Reimbursement of Expenses in the amount of $2,360.00 and $15.21 for expense reimbursement is granted.

BY THE COURT

_____
Ashely M. Chan
United States Bankruptcy Judge